400 A.2d 602

Berenholz, Appellant, v. Berenholz.
Petition for Allowance of Appeal Denied March 23, 1979.

Argued December 5, 1978. Mary Bell Hammerman, for appellant; Neil Stein, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.
Order affirmed.